# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacey L. Burstein, | No. CV-13-02128-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| DRL Corporation; Realty Corporation; Charles J. DeGrange, | |
| Defendants. | |

**IT IS ORDERED** granting the parties' Stipulation to Dismiss (27). This action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 9th day of June, 2014.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge